


UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

|  |  |
|---|---|
| TEMPLETON CHINA WORLD FUND, INC., 500 East Broward Blvd., Suite 2100, Ft. Lauderdale, FL 33394, TEMPLETON DRAGON FUND, INC., 500 East Broward Blvd., Suite 2100, Ft. Lauderdale, FL 33394, and TEMPLETON ASSET MANAGEMENT LTD., 7 Temasek Blvd., No. 38-03 Suntec Tower One, Singapore,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, 1350 Massachusetts Avenue, Cambridge, MA 02138, HARVARD MANAGEMENT COMPANY, INC., 600 Atlantic Avenue, Boston, MA 02210, and STEVEN ALPERIN, c/o Harvard Management Company, Inc., 600 Atlantic Avenue, Boston, MA 02210,<br><br>Defendants. | CIVIL ACTION NO.: JFM 03-CV-275 |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Benjamin Rosenberg, am a member in good standing of the bar of this Court. My bar number is 00263. I am moving for the admission of Richard L. Levine to appear *pro hac vice* in this case as counsel for Plaintiffs Templeton China World Fund, Inc., Templeton Dragon Fund, Inc. and Templeton Asset Management Ltd.

NY1:\1162184\01\_WQW01!.DOC\99980.0025

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York State | March 26, 1984 |
| United States Supreme Court | February 22, 1994 |
| United States Court of Appeals, Second Circuit | November 24, 1997 |
| United States District Court, Southern District of New York | August 14, 1984 |
| United States District Court, Eastern District of New York | April 19, 1991 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant or other attorneys from his firm are also members of the bar of this Court in good standing, and will serve as co-counsel-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT  
_____  
Signature  
Benjamin Rosenberg

**ROSENBERG PROUTT FUNK**

PROPOSED ADMITTEE  
_____  
Signature  
Richard L. Levine

**WEIL, GOTSHAL & MANGES LLP**

Prid 297591  
Plid 110537

NYI:\1162184\01\_WQW01!.DOC\99980.0025    2

& GREENBERG, LLP
25 South Charles Street, Suite 2115
Baltimore, Maryland 21201-3305
410-727-6600
410-727-1115 (fax)

767 Fifth Avenue
New York, New York 10153
(212) 310-8000
(212) 833-3928 (fax)

*************************************************************************

## ORDER

___✓___ GRANTED          _____ DENIED

__Feby 3, 2003__                    _____[signature]_____
Date                                  United States District Judge

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Motion for Admission Pro Hac Vice was served on January 30, 2003 by telecopy and first class mail to:

    James L. Gallante, Esquire
    Piper Rudnick LLP
    6225 Smith Street
    Baltimore, Maryland  21209-3600

    Timothy W. Diggins, Esquire
    Ropes & Gray
    One International Place
    Boston, Massachusetts  02110

    Attorneys for Defendants

                                            Douglas J. Furlong