

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| TEMPLETON CHINA WORLD FUND, INC.,<br>500 East Broward Blvd., Suite 2100, Ft. Lauderdale,<br>FL 33394,<br>TEMPLETON DRAGON FUND, INC.,<br>500 East Broward Blvd., Suite 2100, Ft. Lauderdale,<br>FL 33394, and<br>TEMPLETON ASSET MANAGEMENT LTD.,<br>7 Temasek Blvd., No. 38-03 Suntec Tower One,<br>Singapore,<br><br>             Plaintiffs,<br><br>             v.<br><br>PRESIDENT AND FELLOWS OF HARVARD<br>COLLEGE,<br>1350 Massachusetts Avenue, Cambridge, MA 02138,<br>HARVARD MANAGEMENT COMPANY, INC.,<br>600 Atlantic Avenue, Boston, MA 02210, and<br>STEVEN ALPERIN,<br>c/o Harvard Management Company, Inc.,<br>600 Atlantic Avenue, Boston, MA 02210,<br><br>             Defendants. | FILED _____ ENTERED<br>LODGED _____ RECEIVED<br><br>FEB - 6 2003<br><br>AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>NIGHT DROP BOX<br><br><br>CIVIL ACTION NO.:<br>JFM 03-CV-275<br><br><br>_____ ENTERED<br>_____ RECEIVED<br><br>FEB 1 4 2003 |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Benjamin Rosenberg, am a member in good standing of the bar of this Court. My bar number is 00263. I am moving for the admission of Jonathan Margolis to appear *pro hac vice* in this case as counsel for Plaintiffs Templeton China World Fund, Inc., Templeton Dragon Fund, Inc. and Templeton Asset Management Ltd.

NY1:\1162187\01\_WQZ01!.DOC\99980.0025

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York State | June 29, 1999 |
| United States District Court for the Southern District of New York | October 17, 2000 |
| United States District Court for the Eastern District of New York | October 17, 2000 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant or other attorneys from his firm are also members of the bar of this Court in good standing, and will serve as co-counsel-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT
_____
Signature
Benjamin Rosenberg

ROSENBERG PROUTT FUNK
 & GREENBERG, LLP
25 South Charles Street, Suite 2115
Baltimore, Maryland 21201-3305
410-727-6600

PROPOSED ADMITTEE                297899
_____
Signature
Jonathan Margolis

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

410-727-1115 (fax)                                  (212) 833-3928 (fax)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

✓ GRANTED        DENIED

___2-14-03___         ___Felicia C. Cannon___
Date                                Clerk, United States District Court
                                    by: _[signature]_

CERTIFICATE OF SERVICE

I HERBY CERTIFY that on this 7th day of February, 2003, a copy of the foregoing Motion for Admission pro hac vice was sent via telecopy and regular mail, first class, postage prepaid to: David Clarke, Jr., Esquire, counsel for defendants.

_[signature]_
Douglas J. Furlong