

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| TEMPLETON CHINA WORLD FUND, INC., <br> 500 East Broward Blvd., Suite 2100, Ft. Lauderdale, FL 33394, <br> TEMPLETON DRAGON FUND, INC., <br> 500 East Broward Blvd., Suite 2100, Ft. Lauderdale, FL 33394, and <br> TEMPLETON ASSET MANAGEMENT LTD., <br> 7 Temasek Blvd., No. 38-03 Suntec Tower One, Singapore, <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br> 1350 Massachusetts Avenue, Cambridge, MA 02138, <br> HARVARD MANAGEMENT COMPANY, INC., <br> 600 Atlantic Avenue, Boston, MA 02210, and <br> STEVEN ALPERIN, <br> c/o Harvard Management Company, Inc., <br> 600 Atlantic Avenue, Boston, MA 02210, <br><br> Defendants. | FILED ___ ENTERED <br> LODGED ___ RECEIVED <br><br> FEB - 6 2003 <br><br> AT BALTIMORE <br> CLERK U.S. DISTRICT COURT <br> DISTRICT OF MARYLAND <br> NIGHT DROP BOX <br><br><br> CIVIL ACTION NO.: <br> JFM 03-CV-275 |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Benjamin Rosenberg, am a member in good standing of the bar of this Court. My bar number is 00263. I am moving for the admission of Greg Danilow to appear *pro hac vice* in this case as counsel for Plaintiffs Templeton China World Fund, Inc., Templeton Dragon Fund, Inc. and Templeton Asset Management Ltd.

NY1:\1163067\01\_XFF01!.DOC\46360.0048

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
| --- | --- |
| New York State | March 3, 1975 |
| United States Supreme Court | June 6, 1981 |
| United States Court of Appeals, First Circuit | December 9, 1982 |
| United States Court of Appeals, Second Circuit | December 22, 1980 |
| United States Court of Appeals, Third Circuit | June 13, 1988 |
| United States Court of Appeals, Fourth Circuit | May 21, 1998 |
| United States Court of Appeals, Fifth Circuit | December 15, 1980 |
| United States Court of Appeals, Sixth Circuit | April 3, 1991 |
| United States Court of Appeals, Eleventh Circuit | October 23, 2001 |
| United States District Court, Southern District of New York | March 12, 1975 |
| United States District Court, Eastern District of New York | July 2, 1980 |
| United States District Court, Northern District of California | June 9, 1980 |
| United States District Court, Eastern District of Michigan | November 16, 1995 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of

Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant or other attorneys from his firm are also members of the bar of this Court in good standing, and will serve as co-counsel-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _____ | _____ |
| Signature | Signature |
| Benjamin Rosenberg | Greg Danilow |
| | |
| ROSENBERG PROUTT FUNK | WEIL, GOTSHAL & MANGES LLP |
| & GREENBERG, LLP | 767 Fifth Avenue |
| 25 South Charles Street, Suite 2115 | New York, New York 10153 |
| Baltimore, Maryland 21201-3305 | (212) 310-8000 |
| 410-727-6600 | (212) 833-3928 (fax) |
| 410-727-1115 (fax) | |

***********************************************************************

**ORDER**

✓ GRANTED          DENIED

_2-14-03_          Felicia C. Cannon
Date               _____
                   **Clerk, United States District Court**
                   by _____

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of February, 2003, a copy of the foregoing Motion for Admission pro hac vice was sent via telecopy and regular mail, first class, postage prepaid to: David Clarke, Jr., Esquire, counsel for defendants.

_____
Douglas J. Furlong