IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |
|---|---|
| TEMPLETON CHINA WORLD FUND, INC., TEMPLETON DRAGON FUND, INC. and TEMPLETON ASSET MANAGEMENT LTD., <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, HARVARD MANAGEMENT COMPANY, INC. and STEVEN ALPERIN, <br><br> Defendants. | Civil Action No. JFM 03-CV-275 |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, pursuant to Fed. R. Civ. P. 41(a)(1), by and between Plaintiffs Templeton China World Fund, Inc., Templeton Dragon Fund, Inc. and Templeton Asset Management Ltd., and Defendants President and Fellows of Harvard College, Harvard Management Company, Inc. and Steven Alperin, through their undersigned counsel, that this action, including all claims, counterclaims and third-party claims, is dismissed, without prejudice and with each party to bear its own costs.

Dated: 3/21/03

_____
Benjamin Rosenberg,
Federal Bar No. 00263
Douglas J. Furlong,
Federal Bar No. 04588
Craig L. McCullough
Bar No. 015005
ROSENBERG PROUTT FUNK
   & GREENBERG, LLP
25 South Charles Street, Suite 2115
Baltimore, MD 21201-3305
(410) 727-6600
(410) 727-1115 (fax)

-and-

_____
Joseph S. Allerhand
Richard L. Levine
Haron W. Murage
Jonathan Margolis
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
(212) 833-3928 (fax)

*Attorneys for Plaintiffs Templeton China World Fund, Inc. and Templeton Dragon Fund, Inc.*


_____
Martin S. Himeles Jr.       3/19/03
Federal Bar No. 3430
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
(410) 332-0444

*Attorneys for Plaintiff Templeton Asset Management Ltd.*

*David Clarke, Jr. /DTF, By Permission* (signature)

David Clarke, Jr.
PIPER RUDNICK LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036
(202) 861-3900
(202) 223-2085 (fax)

-and-

Harvey J. Wolkoff
Lisa M. Ropple
Robert G. Jones
ROPES & GRAY
One International Place
Boston, MA 02110
(617) 951-7000
(617) 951-7050 (fax)

*Attorneys for Defendants President And Fellows Of Harvard College, Harvard Management Company, Inc. and Steven Alperin*